United States District Court
Southern District of Texas

**ENTERED**

July 23, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FRANKIE LARA, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-04123 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY, *et al*, | § | |
| Defendants. | § | |

**ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION**

Plaintiff Frankie Lara filed this action to challenge denial of disability benefits by the Social Security Administration. See Dkt 1. The case was referred for disposition to Magistrate Judge Richard Bennett. Dkt 7.

Prior order granted an unopposed motion to remand this action to the Social Security Administration pursuant to 42 USC §405(g). Dkt 20; see also Dkt 19 (motion).

Pending is an unopposed motion by Plaintiff for attorney fees pursuant to the Equal Access to Justice Act. Dkt 21. Judge Bennett recommends that the motion be granted and Plaintiff be awarded $4,961.00 in attorney fees. Dkt 22.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing

*Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 22.

The unopposed motion by Plaintiff Frankie Lara for attorney fees is GRANTED. Dkt 21.

Plaintiff is AWARDED $4,961.00 in attorney fees.

SO ORDERED

Signed on ___July 23, 2026___, at Houston Texas.


_____

Honorable Charles Eskridge
United States District Judge

2